

**Bluelinx Corporation**
1950 Spectrum Circle
Suite 300
Marietta, GA 30067
770-953-7000

**Pay Statement**
Period Start Date 03/12/2022
Period End Date 03/25/2022
Pay Date 04/01/2022
Document 1186002
Net Pay **$1,625.75**

## Pay Details

**Damon S Moore**
4343 Normandy Ave
Dallas, TX 75205
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 20059184 | Pay Group | Salaried OpCo Bi-weekly | |
| SSN | XXX-XX-XXXX | Location | Dallas (Carrollton) | |
| Job | Branch Admin Support II | Legal Entity | 10 - CEDAR CREEK CORPORATION | |
| Pay Rate | $19.9038 | Cost Center | 005 - DALLAS | |
| Pay Frequency | Biweekly | Department | 52 - LOG ADMIN | |
| | | Division | 1 - DISTRIBUTION | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| BASIC LIFE OFF | | | $11.54 | $80.78 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $477.69 |
| Overtime | 12.0000 | $29.8558 | $358.27 | $1,358.43 |
| Paid Time Off S-Salary | 16.0000 | $19.9038 | $318.46 | $1,273.84 |
| Regular | 34.2500 | $19.9038 | $681.71 | |
| Regular | 40.0000 | $19.9038 | $796.15 | $10,076.30 |

Total Hours Worked 86.2500   Total Hours 102.2500

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401K Salaried S | $2,154.59 | Yes | $129.28 | $791.18 | $53.86 | $329.64 |
| AD&D Insurance | $10,000.00 | Yes | $0.14 | $0.98 | $0.00 | $0.00 |
| BASIC LIFE OFF | $11.54 | No | $11.54 | $80.78 | $0.00 | $0.00 |
| Dental - Basic | $0.00 | Yes | $14.10 | $98.70 | $0.00 | $0.00 |
| EE Suppl Life | $250,000.00 | Yes | $11.55 | $80.85 | $0.00 | $0.00 |
| Medical PPO | $0.00 | Yes | $61.85 | $432.95 | $217.28 | $1,520.96 |
| Vision Plan | $0.00 | Yes | $3.17 | $22.19 | $0.00 | $0.00 |
| Basic Life | $50,000.00 | No | $0.00 | $0.00 | $5.54 | $38.78 |
| Short Term Dis | $0.00 | No | $0.00 | $0.00 | $1.03 | $7.21 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,946.04 | $150.00 | $1,050.00 |
| Employee Medicare | $2,075.32 | $30.09 | $183.15 |
| Social Security Employee Tax | $2,075.32 | $128.66 | $783.14 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Bereavement | 0.0000 | 24.0000 |
| Jury Duty | 0.0000 | 40.0000 |
| Paid Time Off | 0.0000 | 64.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx | Checking | $1,625.75 |
| Total | | $1,625.75 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,166.13 | $1,946.04 | $308.75 | $231.63 | **$1,625.75** |
| YTD | $13,267.04 | $11,840.19 | $2,016.29 | $1,507.63 | $9,743.12 |



Bluelinx Corporation
1950 Spectrum Circle
Suite 300
Marietta, GA 30067
770-953-7000

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/26/2022 |
| Period End Date | 04/08/2022 |
| Pay Date | 04/15/2022 |
| Document | 1188264 |
| Net Pay | $1,524.04 |

## Pay Details

Damon S Moore
4343 Normandy Ave
Dallas, TX 75205
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 20059184 | Pay Group | Salaried OpCo Bi-weekly | |
| SSN | XXX-XX-XXXX | Location | Dallas (Carrollton) | |
| Job | Branch Admin Support II | Legal Entity | 10 - CEDAR CREEK CORPORATION | |
| Pay Rate | $19.9038 | Cost Center | 005 - DALLAS | |
| Pay Frequency | Biweekly | Department | 52 - LOG ADMIN | |
| | | Division | 1 - DISTRIBUTION | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| BASIC LIFE OFF | | | $11.54 | $92.32 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $477.69 |
| Overtime | 9.0000 | $29.8558 | $268.70 | |
| Overtime | 7.0000 | $29.8558 | $208.99 | $1,836.12 |
| Paid Time Off S-Salary | 0.0000 | $0.0000 | $0.00 | $1,273.84 |
| Regular | 40.0000 | $19.9038 | $796.15 | |
| Regular | 40.0000 | $19.9038 | $796.15 | $11,668.60 |

Total Hours Worked 96.0000    Total Hours 96.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401K Salaried S | $2,069.99 | Yes | $124.20 | $915.38 | $51.75 | $381.39 |
| AD&D Insurance | $10,000.00 | Yes | $0.14 | $1.12 | $0.00 | $0.00 |
| BASIC LIFE OFF | $11.54 | No | $11.54 | $92.32 | $0.00 | $0.00 |
| Dental - Basic | $0.00 | Yes | $14.10 | $112.80 | $0.00 | $0.00 |
| EE Suppl Life | $250,000.00 | Yes | $11.55 | $92.40 | $0.00 | $0.00 |
| Medical PPO | $0.00 | Yes | $61.85 | $494.80 | $217.28 | $1,738.24 |
| Vision Plan | $0.00 | Yes | $3.17 | $25.36 | $0.00 | $0.00 |
| Basic Life | $50,000.00 | No | $0.00 | $0.00 | $5.54 | $44.32 |
| Short Term Dis | $0.00 | No | $0.00 | $0.00 | $1.03 | $8.24 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,866.52 | $178.64 | $1,228.64 |
| Employee Medicare | $1,990.72 | $28.87 | $212.02 |
| Social Security Employee Tax | $1,990.72 | $123.43 | $906.57 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Bereavement | 0.0000 | 24.0000 |
| Jury Duty | 0.0000 | 40.0000 |
| Paid Time Off | 0.0000 | 64.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx | Checking | $1,524.04 |
| Total | | $1,524.04 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,081.53 | $1,866.52 | $330.94 | $226.55 | $1,524.04 |
| YTD | $15,348.57 | $13,706.71 | $2,347.23 | $1,734.18 | $11,267.16 |



BlueLinx
America's Building Products Distributor

Bluelinx Corporation
1950 Spectrum Circle
Suite 300
Marietta, GA 30067
770-953-7000

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/09/2022 |
| Period End Date | 04/22/2022 |
| Pay Date | 04/29/2022 |
| Document | 1190880 |
| **Net Pay** | **$1,566.93** |

## Pay Details

**Damon S Moore**
4343 Normandy Ave
Dallas, TX 75205
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 20059184 | Pay Group | Salaried OpCo Bi-weekly |
| SSN | XXX-XX-XXXX | Location | Dallas (Carrollton) |
| Job | Branch Admin Support II | Legal Entity | 10 - CEDAR CREEK CORPORATION |
| Pay Rate | $21.0606 | Cost Center | 005 - DALLAS |
| Pay Frequency | Biweekly | Department | 52 - LOG ADMIN |
| | | Division | 1 - DISTRIBUTION |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| BASIC LIFE OFF | | | $11.54 | $103.86 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $477.69 |
| Overtime | 10.5000 | $31.5909 | $331.70 | $2,167.82 |
| Paid Time Off S-Salary | 8.0000 | $21.0606 | $168.48 | $1,442.32 |
| Regular | 37.2500 | $21.0606 | $784.51 | |
| Regular | 40.0000 | $21.0606 | $842.42 | $13,295.53 |

Total Hours Worked 87.7500   Total Hours 95.7500

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401K Salaried S | $2,127.11 | Yes | $127.63 | $1,043.01 | $53.18 | $434.57 |
| AD&D Insurance | $10,000.00 | Yes | $0.14 | $1.26 | $0.00 | $0.00 |
| BASIC LIFE OFF | $11.54 | No | $11.54 | $103.86 | $0.00 | $0.00 |
| Dental - Basic | $0.00 | Yes | $14.10 | $126.90 | $0.00 | $0.00 |
| EE Suppl Life | $250,000.00 | Yes | $11.55 | $103.95 | $0.00 | $0.00 |
| Medical PPO | $0.00 | Yes | $61.85 | $556.65 | $217.28 | $1,955.52 |
| Vision Plan | $0.00 | Yes | $3.17 | $28.53 | $0.00 | $0.00 |
| Basic Life | $50,000.00 | No | $0.00 | $0.00 | $5.54 | $49.86 |
| Short Term Dis | $0.00 | No | $0.00 | $0.00 | $1.03 | $9.27 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,920.21 | $185.08 | $1,413.72 |
| Employee Medicare | $2,047.84 | $29.69 | $241.71 |
| Social Security Employee Tax | $2,047.84 | $126.97 | $1,033.54 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Bereavement | 0.0000 | 24.0000 |
| Jury Duty | 0.0000 | 40.0000 |
| Paid Time Off | 0.0000 | 56.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx' | Checking | $1,566.93 |
| Total | | $1,566.93 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,138.65 | $1,920.21 | $341.74 | $229.98 | $1,566.93 |
| YTD | $17,487.22 | $15,626.92 | $2,688.97 | $1,964.16 | $12,834.09 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K7 / R5U | 24419965 | 01/02 | 4744348 1 of 1 |

Big D Lumber Company LLC
301 S Interurban St
Richardson, TX 75081-4183

**Earnings Statement**

ADP

Period Starting: 04/25/2022
Period Ending: 05/08/2022
Pay Date: 05/13/2022

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 80.00 Addnl
  State:
  Local:

Damon S Moore
4343 Normandy Avenue
Dallas, TX 75205

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 40.00 | 1000.00 | 1000.00 |
| Overtime | 37.5000 | 3.33 | 124.88 | 124.88 |
| Gross Pay | | | $1,124.88 | $1,124.88 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -92.87 | 92.87 |
| Social Security | -69.74 | 69.74 |
| Medicare | -16.31 | 16.31 |

Net Pay  $945.96

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS non-elective | 33.74 | 33.74 |
| Vacation | | 0.00 |
| - Carry Over | 3.08 | 3.08 |
| - Accrued Hours | 0.00 | 0.00 |
| - Taken Hours | | 3.08 |
| - Balance | | |
| Total Hours Worked | 43.33 | 43.33 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX | XXXXXXXXX | 945.96 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,124.88
* Excluded from Federal taxable wages

Big D Lumber Company LLC
301 S Interurban St
Richardson, TX 75081-4183

Pay Date: 05/13/2022

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4674 | XXXXXXXXX | 945.96 |

Damon S Moore
4343 Normandy Avenue
Dallas, TX 75205